UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANNA REILLY,

                Plaintiff,

vs.

OAK MOUNTAIN SKI CENTER, INC.
NORMAN GERMAIN and
NANCY GERMAIN

                Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No. 6:09-cv-145
(DNH/DEP)

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action, as well as all cross-claims and counterclaims within it, be, and the same hereby are dismissed, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 29, 2010

                Rodger P. Doyle, Jr., Esq.
                KENNY, SHELTON, LIPTAK & NOWAK, LLP
                Attorneys for Plaintiff
                Suite 510 Rand Building
                14 Lafayette Square
                Buffalo, NY 14203

Dated: October 26, 2010

**IT IS SO ORDERED:**

David E. Peebles
U.S. Magistrate Judge

Dated: November 12, 2010

                George Skandalis, Esq.
                (Bar Roll No. 508950)
                PINSKY & SKANDALIS
                Attorneys for Defendants
                5790 Widewaters Parkway, #250
                Syracuse, NY 13214